TIMOTHY CORCHAINE
United States Attorney
District of Arizona

BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: bradley.baugher@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Mag No. 26-03016MJ |
| Plaintiff, | |
| vs. | **GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER** |
| Ludwin Benjamin Perez Velasco, a.k.a. Jared Jimenez Corona, a.k.a. Jared Emmanuel Jimenez, | |
| Defendant. | |

Pursuant to Rule 16(d)(1), the United States moves for a protective order to restrict discovery. Specifically, the government seeks a protective order permitting the government to provide discovery containing private information and personally identifying information (collectively "PII") to defense counsel and restricting the subsequent disclosure of such PII. Defendant's attorney has been consulted about this motion and does not object to entry of the proposed protective order being submitted with this motion.

Defendant was charged by Complaint on January 28, 2026, with violation of 18 U.S.C. §§ 1546(b)(3) (Unlawful Use and Possession of Immigration Identity Documents).

The government is preparing materials for the defense in this case in accordance with Fed. R. Crim. P. 16. The discovery includes numerous documents that contain PII including addresses, telephone numbers, dates of birth, social security numbers, and

account numbers, among other things.  Redacting the PII from all of the records would be onerous and would substantially delay the discovery process.  Such redactions also could inhibit the defense in their ability to review and analyze discovery.

Accordingly, the government respectfully requests that this Court enter a protective order:

1. Permitting the government to provide to defendants' attorneys, without redaction, the PII of individuals to the extent that PII is present in discoverable materials.

2. Permitting defendants' attorneys to share materials containing PII with his staff and with other members of the defense teams, including experts, investigators, and other professionals retained by defendants and their attorneys to assist in the preparation of the defense.

3. Ordering all members of the defense teams to safeguard and not disclose the PII provided to it, other than to the extent necessary to prepare the defense.

4. Permitting defendants' attorneys to review materials containing PII with defendants and potential witnesses to the extent necessary to prepare the defense.

5. Ordering that defendants and potential witnesses shall not be allowed to retain any materials containing PII during the course of the litigation unless defendants' attorneys ensure that all PII has been redacted from the copies to be retained.

6. Ordering the defense teams to destroy, at the conclusion of this matter, all PII in its possession, except that defendants' attorneys shall be allowed to retain materials containing PII until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

Respectfully submitted this 29th day of January, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BRADLEY BAUGHER
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Davina Marie Godley.

*Bradley Barash*
U.S. Attorney's Office